UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS INC., | |
| Debtor. | |

| | |
|---|---|
| CARVAL INVESTORS UK LIMITED, as manager of CVF Lux Master S.a.r.l., the assignee of Doral Bank and Doral Financial Corporation, and HUDSON CITY SAVINGS BANK, | Case No. 13 Civ. 5381 (DLC) |
| Appellants, | |
| - against - | |
| JAMES W. GIDDENS, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., | |
| Appellee. | |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Westernbank Puerto Rico, | Case No. 13 Civ. 5964 (DLC) |
| Appellant, | On Appeal from the United States Bankruptcy Court for the Southern District of New York |
| - against - | |
| JAMES W. GIDDENS, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., | |
| Appellee. | |

**ERRATUM TO JOINT OPENING BRIEF OF APPELLANTS FEDERAL
DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF
WESTERNBANK PUERTO RICO, CARVAL INVESTORS UK LIMITED,
AS MANAGER OF ASSIGNEE OF DORAL BANK AND DORAL
FINANCIAL CORPORATION AND HUDSON CITY SAVINGS BANK**

3196236.1

Upon their recent review of the Joint Opening Brief dated October 16, 2013 (ECF No. 11 in case 13-5964 and ECF No. 23 in case 13-5381), the Appellants discovered that they had inadvertently failed to properly cite the case below and accordingly submit this erratum to the Joint Brief:

*In re Aozora Bank Ltd. v. Securities Investor Protection Corp.*, 480 B.R. 117 (S.D.N.Y. 2012), *aff'd sub nom. In re Bernard L. Madoff Investment Securities, LLC*, 708 F.3d 422 (2d Cir. 2013).

Dated:   New York, New York
         November 8, 2013

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.

/s/ Peter Feldman
Peter Feldman
John Bougiamas
230 Park Avenue
New York, New York 10169
Telephone:  (212) 661-9100
Facsimile:  (212) 682-6104
Email:  pfeldman@oshr.com
Email:  jbougiamas@oshr.com

*Attorneys for the Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico*

PAUL HASTINGS LLP

/s/ Luc A. Despins
Luc A. Despins
Bryan R. Kaplan
75 East 55th Street
New York, New York 10022
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
Email:  bryankaplan@paulhastings.com

*Attorneys for CarVal Investors UK Limited, as manager of assignee of Doral Bank and Doral Financial Corporation*

SNR DENTON US LLP

/s/ Hugh M. McDonald
Hugh M. McDonald
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email: hugh.mcdonald@snrdenton.com
*Attorneys for Hudson City Savings Bank*

Gene R. Besen (admitted *pro hac vice*)
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
Telephone:  (214) 259-0956
Facsimile: (214) 259-0910
Email: gene.besen@snrdenton.com

3196236.1